IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01400-WDM-BNB

DOUBLECLICK, INC., a Delaware corporation,

Plaintiff,

v.

LORI PAIKIN, an individual,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Defendant Lori Paikin's Motion to Conduct Discovery Prior to Preliminary Injunction Hearing** (the "Motion"), filed August 16, 2005. I held a hearing on the Motion and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED to allow the following discovery to occur prior to the preliminary injunction hearing:

(1)   The plaintiff may depose Ms. Paikin for not more than four hours;

(2)   Ms. Paikin may depose Shelly Voecks, Chris McDonald, and Brian Rainey. The three depositions shall last no longer than 14 hours total;

(3)   The plaintiff shall produce documents (as limited in my oral ruling this morning) responsive to categories 1, 3, 4, and 7, and answer an interrogatory seeking essentially the information requested by category 8, specified in the attachment to the letter from Jay S. Horowitz to Jonathan Boonin dated August 18, 2005; and

    (4)  Ms. Paikin shall produce a copy of the job description for the job she currently holds.

    The written discovery shall be served by close of business on September 1, 2005, and responses shall be due on or before **September 9, 2005**.  The depositions shall be completed by **September 16, 2005**, and shall be taken on not less than three days written notice.

    IT IS FURTHER ORDERED that the case is set for a scheduling conference on **October 26, 2005, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a proposed scheduling order and submit it to the court on or before **October 19, 2005**.

    Dated September 1, 2005.

                  BY THE COURT:

                  /s/ Boyd N. Boland
                  United States Magistrate Judge