IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01400-WDM-BNB

DOUBLECLICK, INC., a Delaware corporation,

Plaintiff,

v.

LORI PAIKIN, an individual,

Defendant.

_____

## ORDER

_____

The parties appeared today for a scheduling conference.  At the request of the parties and in view of the pending motion for preliminary injunction which is awaiting a ruling by the district judge:

IT IS ORDERED that the scheduling conference is RESET to **December 14, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel may appear at the scheduling conference by telephone, but they must make arrangements to call the court together.  The parties shall prepare a proposed scheduling order and submit it to the court on or before **December 9, 2005**

Dated October 26, 2005.

BY THE COURT:

/s/ Boyd N. Boland_____
United States Magistrate Judge