IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-1400-WDM-BNB

DOUBLECLICK INC., a Delaware Corporation,

    Plaintiff,

v.

LORI PAIKIN, an individual,

    Defendant.

## ORDER

Miller, J.

    This matter is before me on Defendant Lori Paikin's (Paikin) Motion to Strike Plaintiff DoubleClick's (DoubleClick) Post-Hearing Memorandum, filed October 3, 2005. Having reviewed the motion, DoubleClick's response, and the minutes and transcript from the September 23, 2005 hearing, I conclude that the motion should be denied.

    Paikin first argues that the DoubleClick's memorandum is improper because it is more than five pages long. However, my specific instructions called for supplemental briefs that were no longer than five *or so* pages. It is unfortunate that the minutes of the hearing incorrectly recorded these instructions as five pages or less. Nevertheless, I find no significant prejudice to Paikin. The body of DoubleClick's memo is slightly less than six pages long. Moreover, both parties had equal opportunities to determine my precise instructions by a variety of methods.

Next, Paikin argues that DoubleClick's memorandum is improper because of the lengthy attachments. However, the attachments were merely portions of the transcript and a document that was entered into evidence at the hearing. As the Court already had access to both, I find no prejudice to the Paikin.

Finally, Paikin asks for permission to file an additional brief as an alternative to striking DoubleClick's memorandum. As justification, Paikin complains that she was not aware that a transcript of the hearing had been ordered. This may be, but since Paikin also could have ordered a transcript, any prejudice was self-imposed.

Accordingly, Defendant's Motion to Strike Plaintiff's Post-Hearing Memorandum, filed October 3, 2005 (Docket No. 32) is denied.

DATED at Denver, Colorado, on October 28, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge